UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANDREW EDWARD VELARDE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 17-00861-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under 28 U.S.C. § 2412 in the amount of $2,500.00, subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (2010).

Dated: May 29, 2018

                                                                                 JOHN D. EARLY
                                                                                 United States Magistrate Judge